IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INSURANCE PLANNING & SERVICE   *
COMPANY, INC.
                               *
        Plaintiff
                               *   CIVIL NO.: AMD-98-4083
   vs.
                               *
LOUIS L. WALDHAUSER, III, et al.
                               *
        Defendants
                               *

*   *   *   *   *   *   *   *   *

## MOTION TO WITHDRAW APPEARANCE

Alfred J. Szczerbicki, Esquire and Paul F. Newhouse, Esquire, pursuant to Local Rule 101.2.a. and b., file this Motion to withdraw their appearance from the above captioned legal proceeding as attorneys for Louis L Waldhauser, III, and Waldhauser Insurance Group, Inc., a Maryland Corporation, and say:

1. The undersigned hereby certify that:

a. The last known address of Louis L. Waldhauser, III, is 109 East Padonia Road, Timonium, Maryland 21093.

b. The last known address and location of the principal office of Waldhauser Insurance Group, Inc. is 109 East Padonia Road, Timonium, Maryland 21093.

c. On March 12, 2001, at least five days prior to the filing of this Motion, the written notice attached hereto as Exhibit A was mailed to Louis L. Waldhauser, III, individually, advising him of the proposed withdrawal and notifying him to either have new counsel enter an appearance or to advise the Clerk that he will be proceeding without counsel.



d. On March 12, 2001, at least five days prior to the filing of this Motion, the written notice attached hereto as Exhibit A was mailed to Louis L. Waldhauser, III, president of Waldhauser Insurance Group, Inc., advising him of the proposed withdrawal and notifying him that the corporate Defendant must have new counsel enter an appearance or be subject to a default judgment on the claims against Waldhauser Insurance Group, Inc.

WHEREFORE, your Movants request that this Honorable Court grant their Motion to withdraw their appearance as legal counsel to Louis L. Waldhauser, III, and Waldhauser Insurance Group, Inc.

| | |
|---|---|
| /s/ Alfred J. Saczerbiski<br>Alfred J. Saczerbiski, Esq.<br>Suite 500<br>28 W. Allegheny Avenue<br>Towson, Maryland 21204<br>(410) 337-8068<br>Attorney for Defendant | /s/ Paul F. Newhouse<br>Paul F. Newhouse, Esq.<br>Suite 420<br>409 Washington Avenue<br>Towson, Maryland 21204<br>(410) 296-8565<br>Attorney for Defendant |

SO ORDERED this 22 day of March, 2001.

/s/ Andre M. Davis
Andre M. Davis
United States District Judge

## Certificate of Service

I hereby certify that on this 20th day of March, 2001, a copy of this Motion was mailed, first class, postage prepaid, to Gerard J. Gaeng, Esquire, and Kevin J. Pascale, 2115 Allfirst Building, 25 S. Charles Street, Baltimore, Maryland 21201, attorneys for Plaintiff, and Louis L. Waldhauser, III, and Waldhauser Insurance Group, 109 East Padonia Road, Timonium, Maryland 21093.

                                                A. J. Szczerbicki

LAW OFFICE
## PAUL F. NEWHOUSE

409 WASHINGTON AVENUE • SUITE 420 • TOWSON, MARYLAND 21204 • (410) 296-8565 • FAX (410) 296-1517

PAUL F. NEWHOUSE                                                              CALLISTA M. FREEDMAN

March 12, 2001

Louis L. Waldhauser, III
Waldhauser Insurance Group, Inc.
P.O. Box 4534
Timonium, MD 21094

RE:   *Insurance Company Planning & Service Company, Inc. v.*
      *Waldhauser Insurance Group, Inc.*
      United States District Court for the District of Maryland
      Civil No.: AMD-98-4083

Dear Mr. Waldhauser:

As you will recall, A.J. Szczerbicki and I represented you and your corporation, Waldhauser Insurance Group, Inc., with regard to a complaint for injunctive relief filed on behalf of Insurance Company Planning & Service Company, Inc. The action terminated with the entry of a consent order on March 16, 1999, but the court retained jurisdiction in the event the terms of the consent order were violated.

Mr. Szczerbicki recently notified me that he had received a motion to reopen the case, based upon an alleged violation of the consent order.

This letter shall serve as notice to you, pursuant to Local Rule 101.2 of the proposed withdrawal of appearance of Mr. Szczerbicki and myself, both as attorneys for you individually and for your corporation. You, as an individual, must either have new counsel enter an appearance or advise the Clerk of the United States District Court of the District of Maryland that you will be proceeding without counsel. Your corporation must have new counsel enter an appearance or be subject to the entry of a default judgment against it. The difference between you and your corporation is the result of the fact that a corporation must be represented by an attorney, whereas you are permitted to represent yourself as an individual if you prefer to do so.

I enclose a photocopy of the relevant portion of Local Rule 101 of the United States District Court for the District of Maryland.

After five days, Mr. Szczerbicki and I will file a motion asking the court to withdraw our appearances on your behalf. In the meantime, we will file a motion on your behalf, asking the court to extend the time in which you must respond to the motion to reopen the case. Absent such extension of time, a response would be due on or about March 23, 2001.

EXHIBIT A

Louis L. Waldhauser, III
Waldhauser Insurance Group, Inc.
March 12, 2001
Page 2

Very truly yours,

*[signature: Paul F. Newhouse]*

Paul F. Newhouse

*[signature: AJ-Szczerbicki (PFN/with authority)]*

A.J. Szczerbicki

cc: Sent to Louis L. Waldhauser, III, 109 East Padonia Road, Timonium, MD 21093