IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **INSURANCE PLANNING & SERVICE COMPANY, INC.** \* | |
| \* | |
| plaintiff \* | |
| v. \* | CIVIL NO.: AMD-98-4083 |
| \* | |
| **LOUIS L. WALDHAUSER, III, et al.** \* | |
| defendants \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2.b.(1), please withdraw the appearance of Robert B. Barnhouse, Esquire and the Law Offices of Robert B. Barnhouse as counsel for plaintiff Insurance Planning & Service Company, Inc. ("IPSCO"). Gerard J. Gaeng, Esquire, Kevin J. Pascale, Esquire and Rosenberg Proutt Funk & Greenberg, LLP have entered their appearance as substitute counsel for IPSCO.

/s/ Robert B. Barnhouse
Robert B. Barnhouse # 00303
378 Broadview Lane
Annapolis, Maryland 21401
(410) 841-2640

Previous Counsel for Plaintiff
Insurance & Planning Service Co., Inc.

SO ORDERED this 22 day of March, 2001

/s/ Andre M. Davis
Andre M. Davis
United States District Judge

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 22 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2001, a copy of the foregoing Motion to Withdraw Appearance was mailed, first class, postage prepaid, to:

Alfred J. Szczerbicki, Esquire
28 W. Allegheny Avenue
The Penthouse, Suite 500
Towson, Maryland 21204
(410) 337-8068

Attorney for Defendants

Gerard J. Gaeng # 04970
Kevin J. Pascale # 11895
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Counsel for Plaintiff
Insurance & Planning Service Co., Inc.

_____
Robert B. Barnhouse