IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INSURANCE PLANNING & SERVICE COMPANY, INC. | * | |
| Plaintiff | * | |
| | * | CIVIL NO.: AMD-98-4083 |
| vs. | * | |
| LOUIS L. WALDHAUSER, III, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion for Enlargement of Time to Respond, it is, this _22_ of March, 2001,

ORDERED, that the Motion for Enlargement of Time to Respond filed in the above captioned case by Louis L. Waldhauser, III, and Waldhauser Insurance Group, Inc. is hereby GRANTED;

AND IT IS FURTHER ORDERED, that the period within which Louis L. Waldhauser, III, and Waldhauser Insurance Group, Inc. may respond to all motions filed by the Plaintiff on March 6, 2001 is hereby enlarged to April 16, 2001.

_/s/ Andre M. Davis_
Andre M. Davis
United States District Judge