UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

April 17, 2001

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 17 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

MEMORANDUM TO COUNSEL RE:   Insurance Planning and Service Co. v.
Waldhauser, III, et al
Case No.  AMD 98-4083

    This is to inform you that the Court has scheduled a hearing on motions in the above-titled case for Friday, May 25, 2001, at 9:00 a.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/ Andre M. Davis*

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file